UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| MAXINE F. BROWN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:23-cv-00086-TWP-KMB |
| TOWN OF CORYDON, PAUL HAMANN, HOPE SCHNEIDER, HARLAN R. FISHER, DOUG CASTETTER, CHARLIE CRAWFORD, NELSON STEPRO, BRAD WISEMAN, LESTER RHOADS, | ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**FINAL JUDGMENT**

The Court now enters **FINAL JUDGMENT**.

The federal claims are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted. This action is **TERMINATED**.

Dated: 1/9/2024

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
Deputy Clerk

DISTRIBUTION:

Maxine F. Brown
440 Atwood St.
P.O. Box 441
Corydon, Indiana 47112

Stephen C. Keller
BARNES MALONEY PLLC
skeller@sbmkylaw.com

Pamela G. Schneeman
KNIGHT HOPPE KURNIK & KNIGHT, LTD.
pschneeman@khkklaw.com